**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 3:25-CR-168-KDB**

**UNITED STATES OF AMERICA**

**v.**

**BRIAN SHANE HAIGLER**

## NOTICE OF APPEARANCE

The undersigned counsel hereby enters a general appearance on behalf of the defendant.

Dated: June 30, 2025

Respectfully submitted,

/s/ C. Melissa Owen

TIN FULTON WALKER & OWEN PLLC
301 East Park Avenue
Charlotte, NC 28203
T: (704) 338-1220
F: (704) 338-1312
cmowen@tinfulton.com
*Counsel for Mr. Haigler*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to opposing counsel.

Dated:  June 30, 2025

/s/ C. Melissa Owen

2